UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TENNIE GREEN,

    Plaintiff,

v.

G. REYNOLDS SIMS & ASSOCIATES, P.C.,

    Defendant.
_____/

Case No. 12-12488

Honorable Nancy G. Edmunds

**ORDER CONSTRUING DEFENDANT'S PENDING MOTION FOR SUMMARY JUDGMENT AS A MOTION TO ENFORCE THE ARBITRATION CLAUSE IN PLAINTIFF'S CREDIT CARD AGREEMENT [10]; AND GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY PENDING DECISION ON THE MOTION TO ENFORCE THE ARBITRATION CLAUSE [11]**

This matter came before the Court at a telephonic status conference held on November 2, 2012. For the reasons stated during that conference, it is hereby **ORDERED** that:

    1. Defendant's pending motion [10], captioned as a motion for summary judgment brought pursuant to Federal Rule of Civil Procedure 56(c), is hereby construed as a motion to enforce an arbitration clause in Plaintiff's credit card agreement and not as a Rule 56(c) motion for summary judgment;

    2. Plaintiff's response to Defendant's motion shall be filed with 21 days from the date of this Order; and

    3. Plaintiff is not opposed to a stay of discovery, therefore, this Court GRANTS Defendant's emergency motion to stay discovery pending disposition of its motion to

enforce an arbitration clause in Plaintiff's credit card agreement [11], and hereby STAYS all discovery until this Court renders a decision on Defendant's motion to enforce the arbitration clause [10].

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: November 2, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 2, 2012, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager